# STEVEN D. ASHLEY

15 Custer Court
Monroe, Michigan 48161

Voice: 517.548.2275          Cell: 248.467.1541          Facsimile: 734.749.1321
E-Mail: Steve@PoliceRisk.com          Web Site: www.PoliceRisk.com

NOTE: IN THE PDF VERSION, CLICK TO INDEX IN THE FOOTER OF EACH PAGE TO RETURN TO THIS INDEX. PRESS THE "HOME" KEY TO RETURN TO THIS PAGE.

**Last Reviewed/Updated August 25, 2020**

## CV INDEX

Special Qualifications ........................................................................................................... 1

Formal Education .................................................................................................................. 3

Current Employment ............................................................................................................ 3

Employment History ............................................................................................................ 4

Expert Case Consultation ..................................................................................................... 6

Membership Associations & Volunteer Activities .............................................................. 6

Instructor / Armorer Certifications Completed/Earned ....................................................... 7

Certificate Instructor Program Completed/Earned .............................................................10

Career Certifications Completed/Earned .............................................................................10

Awards and Recognition ......................................................................................................11

Publications ..........................................................................................................................11

Guest Lecturer ......................................................................................................................16

Training Videos & Multimedia Productions .......................................................................21

Book Chapter ........................................................................................................................21

## SPECIAL QUALIFICATIONS

- 15 Years as a full-time, sworn, law enforcement officer and manager.

- 12 Years as a full-time risk management professional, specializing in law enforcement, criminal justice, security, and corrections risk management.

- Over 40 years as a criminal justice trainer in the areas of high-risk activity, training, and training management.

- Completed over 6,000 hours of law enforcement, emergency management, risk management, and public safety related training.

- Personally delivered over 150,000 man hours of training to over 16,500 law enforcement and corrections officers and managers, more than 30,000 man-hours of which was instructor- or Master-level training.

- Earned and received certification as a Master Use of Force Instructor, Advanced Force Science Specialist, Master Force and Control Instructor, Certified Force Science Analyst, Master Excited Delirium/Agitated Chaotic Event Instructor, and TASER Senior Master Instructor.

- Instructor Graduate of the _Law of Self Defense Instructor Program_, Law of Self Defense Institute.
- 10 years as Police Academy Use of Force/Driver Training Coordinator.
- Earned and received state approval as lead police academy Firearms Instructor.
- Earned and received state approval as lead police academy Driving Instructor.
- Designed and developed many training programs, presentations, and curricula.
- 15 years management experience spanning both the public and private sectors.
- Personally conducted on-site risk management reviews of more than 400 law enforcement agencies and jails in more than seven states, examining all aspects of law enforcement and corrections management, practices, and operations.
- Personal critical reviews of more than 500 law enforcement and corrections Policy and Procedure Manuals, from agencies across the United States.
- Advisory Board Member (§ 1701) for the OSS Academy, a Texas state-licensed education provider, approved by the Texas Commission on Law Enforcement[1] to provide required in-service training as well as other courses.
- Subject Matter Expert for the Michigan Law Enforcement Officers Training Council,[2] in the development of the _Michigan Emergency Vehicle Operations Instructor Manual_.
- Subject Matter Expert and Content Review Specialist for the Michigan Law Enforcement Officers Training Council, in the development of the _Michigan Law Enforcement Driver Training Reference Guide_.
- Subject Matter Expert for the Mississippi Department of Public Safety, Standards and Training Division, in the development of the _Mississippi Detention Officer Course_.
- Subject Matter Expert for the Mississippi Department of Public Safety, Public Safety Planning Division, in the development of the _Mississippi Model Law Enforcement Policies & Procedures_ program.
- Subject Matter Expert for the Mississippi Department of Public Safety, Public Safety Planning Division, in the development of the _Mississippi Model Jail Policies & Procedures_ program.
- Subject Matter Expert for the Michigan Law Enforcement Officers Training Council, in the development of the _Michigan Law Enforcement Officer-Subject Control Continuum_.
- Subject Matter Expert for the Illuminating Engineering Society of North America, _Security Lighting Committee_ and _Security Lighting Committee on Lighting and Crime_.
- Published author and frequent guest lecturer on the subjects of management of high-risk police and corrections activity, use of force, pursuit driving and vehicle

---

[1] TCOLE, _i.e._, the Texas Commission on Law Enforcement, was formerly known as TCLEOSE, _i.e._, the Texas Commission on Law Enforcement Officer Standards and Education.

[2] Originally known by the initialism MLEOTC; MLEOTC was rebranded as the Michigan Commission on Law Enforcement Standards (MCOLES) in 1996.

operations, law enforcement and corrections procedures and practices, training, training management, risk management, and other public safety related topics.

- Author, columnist, and contributor to criminal justice publications, including Law Officer, PoliceMag.com, Law and Order, Police and Security News, The ASLET Trainer, Law Enforcement Technology, Police Magazine, Answering the Call, The ILEETA Review, The ILEETA Chronicle, and Officer.com.

## FORMAL EDUCATION

| | |
|---|---|
| Associate in Risk Management / Public Entities, Insurance Institute of America | 2000 |
| Master of Liberal Studies in Technology [CJ], Eastern Michigan University | 2000 |
| Associate in Risk Management, Insurance Institute of America | 1991 |
| Master of Science in Criminal Justice [Management], Michigan State University | 1988 |
| School of Police Staff and Command, Northwestern University | 1987 |
| Bachelor of Arts in Communications, Michigan State University | 1982 |
| Police Officer Certification, Southeast Regional Criminal Justice Training Center | 1976 |

## CURRENT EMPLOYMENT

### 2013 to Present – Concordia University, Ann Arbor, Michigan

*Adjunct Professor*. Justice & Public Policy, Haab School of Business. Teaching various law enforcement, corrections, juvenile justice, criminal justice, risk management, and public policy subjects to undergraduate and graduate students at a traditional, brick-and-mortar university. Actively assist with program and curriculum development. Courses taught include, *inter alia*, Law Enforcement Policy and Practices, Administration of Justice, Corrections Theory and Practice, Juvenile Justice Theory, Foundations of Justice, Management of Law Enforcement Agencies, Ethics in Criminal Justice, and Public Safety Risk Management.

### 2005 to Present – OSS - Law Enforcement Advisors®, Spring, Texas

*Law Enforcement Advisor*®. Contracted law enforcement advisor and risk manager, providing services, assessments, and consultation to other law enforcement and corrections professionals, adjusters, and legal professionals.

*OSS Academy*® *- TCOLE Advisory Board Member* of the *OSS Academy*, which is a Texas state-licensed education provider. In addition to serving on the Board, I am an instructor, course developer, and Quality Assurance Specialist. Curriculum includes both instructor-led training and E-learning for law enforcement, corrections, security, telecommunications, and public-sector risk managers.

### 1993 to Present – CIRMAT, Inc., Monroe, Michigan

*Owner*. Specializing in law enforcement and corrections risk management and consulting services, and training of criminal justice trainers and managers. Case consultation services specializing in police and corrections high-risk activity, with primary emphasis in management of force/control, motor vehicle operations, and arrest procedures.

## EMPLOYMENT HISTORY

**2004 to 2013 – Northrop-Grumman Corporation, Galloway, New Jersey**

*Instructional Technologist*. Deliver training on security procedures to transportation security personnel at airports across the United States. Train and certify Screeners in the use of equipment and techniques for screening checked baggage. Certified to train on equipment currently in use by Transportation Security Administration Baggage Screeners.

**2001 to 2009 – Police Policy Studies Council, Spofford, New Hampshire**

*Staff member and co-owner*. Served as a police use of force, motor vehicle operations, and arrest techniques, trainer and consultant. Developed and delivered training programs to police, corrections, and other municipal executives and trainers. Consulted in police use of force cases, police driving, arrest tactics, and general law enforcement procedures.

**1986 to 2008 – Washtenaw Community College, Ann Arbor, Michigan**

*Force management, firearms, use-of-force, and police driving instructor*. Appointed as Police Academy Use of Force/Driver Training Coordinator from 1996 to 2005. Chief Firearms Instructor and Chief Driving Instructor. Responsible for conceptualizing, planning, developing, and delivering, many training programs at both the academy and in-service levels, for police, corrections, security, and Natural Resources officers, including instructor training in various use of force disciplines, as well as police driving.

**2002 to 2003 – AIS, Inc., Renton, Washington**

*Master Instructor*. Last assignment was as a subcontractor with Boeing Corporation, conducting baggage screener training throughout the United States. One of only 35 (out of 1,600) training staff that were transitioned to Boeing from AIS, for the purpose of fulfilling the federal "bridge" contract for baggage screener training.

Initially employed under a U.S. Government contract for the Transportation Security Administration. Certified as one of only 30 BST Master Instructors, with responsibility for training and supervising baggage screeners and baggage screener trainers throughout the United States. Certified to train on screening machines in use by federal transportation security baggage screeners.

**2000 to 2003 – Legal Defense Manual, East Lansing, Michigan**

*Co-Owner* and *Executive Editor*. Responsible for writing articles, as well as editing and publishing a publication which focused on legal and managerial issues in law enforcement and corrections.

**1999 to 2001 – American Risk Pooling Consultants, Inc., Southfield, Michigan**

*Manager of Loss Control Development* and *Director of Law Enforcement Risk Control*. Direct responsibility for management of two company subsidiaries located in Iowa and Ohio, providing direction and supervision to loss control employees. Conducted specialized field loss control assessments of public safety agencies, jails, and other municipal practices and facilities. Created, developed and coordinated a

law enforcement advisory committee of criminal justice executives, attorneys, trainers, and risk management specialists, for the purpose of developing recommended procedural guidelines – *i.e.*, policies – for law enforcement and corrections entities associated with municipal insurance pools and programs.

**1992 to 2002 – Smith & Wesson Academy, Springfield, Massachusetts**

*Adjunct Faculty*. Develop and present training programs geared toward use of force management skills. Develop curricula and present training in advanced use of force and firearms skills for police, security, and corrections trainers and training managers.

**1991 to 1998 – Meadowbrook Insurance Group, Southfield, Michigan**

*Public Entity Loss Control Manager*. Direct management responsibility for loss control staff members, and coordination of Public Entity oriented loss control programs for insurance coverage pools and individual public and private clients in six states. Planned and structured delivery of services to approximately 50 client corporations, developed and assisted with the presentation of new marketing approaches, assured coordinated communications between internal company units, and with external customers and fellow contractors. Conducted specialized field loss control assessments of municipalities, public safety agencies, and jails. Other responsibilities included development of service plans and budgeting for multiple programs, coordination of personnel and resources to fulfill diverse client needs, and allocation/utilization of resources.

Formerly, *Director of Law Enforcement Risk Control*. Responsibilities included day-to-day, hands-on management, development of service plans, coordination, budget management, and frequent interaction with both internal company units and clients. Primary responsibility for the design and implementation of a risk control program for approximately 900 law enforcement and corrections agencies in five states. Conducted many on-site risk assessments of public safety agencies, jails, and other municipal facilities and practices. Created, developed and coordinated a law enforcement advisory committee of criminal justice executives, attorneys, trainers, and risk management specialists, for the purpose of developing recommended procedural guidelines – *i.e.*, policies – for law enforcement and corrections entities associated with municipal insurance pools and programs.

**1989 to 1991 – Governmental Risk Managers, Inc., Plymouth, Michigan**

*Risk Control Manager*. Direct responsibility for planning, implementation, and delivery of risk control services to two public entity insurance pools that collectively represented approximately 1,200 governmental jurisdictions. Responsibilities included day-to-day hands-on management, development of service plans, budgeting, coordination of service delivery, marketing assistance, assessment of results, and resource allocation. Conducted specialized field loss control assessments of municipalities, public safety agencies, and jails.

Previously served as a *Risk Control Consultant*, specializing in general liability, administration, personnel practices, training, law enforcement and corrections risk management, and program development. Conducted many specialized field loss

control assessments of municipalities, public safety agencies, and jails. Assumed responsibility for coordination of a law enforcement advisory committee of criminal justice executives, attorneys, trainers, and risk management specialists, for the purpose of continuing development of recommended procedural guidelines – *i.e.*, policies – for law enforcement and corrections entities associated with municipal insurance pools and programs.

**1978 to 1989 – Livingston County Sheriff Department, Howell, Michigan**

Served as a road patrol deputy sheriff on all three shifts, and as afternoon shift commander. Final five-year assignment was as <u>*Staff Services Administrator*</u>, with department-wide responsibility for training all law enforcement and corrections staff; community service/crime prevention programs for Michigan's fastest growing county; departmental policy research, development, and implementation; and departmental county-wide emergency management.

**1974 to 1978 – Various police employment as a Patrol Officer and Sergeant,**

at smaller departments, including Fowlerville, Pinckney, Webberville, and Perry, Michigan. My duties included patrol, investigations, training, and supervision of other officers and volunteers.

## EXPERT CASE CONSULTATION

I have provided expert consultation and review in more than 170 cases since 1994, approximately 75% of which have been defense cases. During the same years, I have testified as an expert – at deposition, hearing, or trial – 50 times in 43 cases, approximately 65% of which have been defense cases.

## MEMBERSHIP ASSOCIATIONS & VOLUNTEER ACTIVITIES

- Alpha Phi Sigma, National Criminal Justice Honor Society
- American Civil Liberties Union – Former Member
- American Jail Association – Professional Member
- American MENSA
- American Red Cross – Livingston County Chapter, Board of Directors – Former Member
- American Society of Law Enforcement Trainers (ASLET) – Charter Member (former Region 5 Director; formerly Michigan State Director)
- American Society of Safety Engineers[3] – Former Professional Member
- American Society for Testing and Materials, International (ASTM) – Voting Member
- Association of Force Investigators – Founding Member
- Concerns of Police Survivors (COPS) – Family/Survivor Member

---

[3] The American Society of Safety Engineers (ASSE) was rebranded as the American Society of Safety Professionals (ASSP) in 2018.

- Concordia University Criminal Justice Alliance – Faculty Member/Co-Advisor
- Concordia University Justice & Public Policy – Advisory Council
- Concordia University School of Business – Advisory Council
- Illuminating Engineering Society of North America – Professional Member
- International Association of Chiefs of Police (IACP) – Academic Member
- International Association of Correctional Training Personnel (IACTP) – Professional Member
- International Association of Directors of Law Enforcement Standards and Training (IADLEST)
- International Association of Law Enforcement Emergency Vehicle Response Trainers (ALERT)
- International Association of Law Enforcement Firearms Instructors (IALEFI)
- International Foundation for Protection Officers – Professional Member
- International Law Enforcement Educators and Trainers Association (ILEETA) – Advisory Board, Managing Editor Emeritus, and Founding Member
- Lakewood Research Training Group – Former Member
- Law Enforcement & Emergency Services Video Association International (LEVA)
- Michigan Association of Chiefs of Police (MACP) – Active Member
- Michigan Commission on Law Enforcement Standards – Former Member, Training Advisory Committee (Ad-Hoc)
- Michigan News Broadcasters Association – Former Member
- Michigan Sheriffs' Association – Professional Member
- Mississippi Department of Public Safety, Public Safety Planning Division – Subject Matter Expert
- Mississippi Department of Public Safety, Standards & Training Division – Subject Matter Expert
- MSU Alumni Association – Life Member
- National Law Enforcement Academy Resource Network (NLEARN) – Member
- National Rifle Association (NRA) – Benefactor (Life) Member
- Northwestern University Traffic Institute Alumni Association
- OSS Academy – TCOLE Advisory Board Member (§ 1701)
- Phi Kappa Phi Academic Honor Society
- Police Marksman Association – Life Member
- Society for Police and Criminal Psychology – Professional Member

## INSTRUCTOR / ARMORER CERTIFICATIONS COMPLETED/EARNED

- Advanced Driving Techniques Instructor, General Motors Corporation
- Advanced Firearms Instructor, Washtenaw Community College

- Advanced Officer Survival Instructor, Washtenaw Community College
- Aerosol Chemical Munitions Instructor, AERKO International
- Aerosol Chemical Weapon Instructor-Trainer, AERKO International
- AXON/Evidence.com Instructor, TASER International[4]
- Baggage Screener Training Master Instructor, Advanced Interactive Systems
- Below 100 Officer Safety Instructor, Law Officer Initiative
- Certified Baggage Screener Trainer, Transportation Security Administration
- Certified Field Training Officer, MLEOTC
- Chemical Agents Decontamination Instructor, National Association of Tactical / Medical Response
- Chemical Munitions Instructor, Smith and Wesson Academy
- Civilian Safety Awareness Program Instructor, SABRE
- Defensive Driving Instructor, National Safety Council
- Defensive Tactics Instructor, PPCT Management Systems
- Driving Instructor, Federal Law Enforcement Training Center
- Emergency Vehicle Operations Instructor – EVO (MLEOTC), Lead Academy Instructor Certified
- Excited Delirium/Agitated Chaotic Event Master Instructor, Institute for the Prevention of In-Custody Deaths
- FATS Instructor Trainer, FATS, Inc.
- Firearms Instructor, Federal Law Enforcement Training Center
- Firearms Instructor, National Rifle Association
- Firearms Instructor / Range Officer, Lansing Community College
- Firearms Instructor (MLEOTC), Academy Instructor Certified
- Firearms Instructor (MLEOTC), Lead Academy Instructor Certified
- Firearms Program Management, Smith and Wesson Academy
- Firearms Retention/Disarming Techniques Instructor, Defensive Tactics Institute
- First Aid Instructor, American Red Cross
- Flashlight Defensive Tactics Instructor, Defensive Tactics Institute
- Glock Armorer, Glock, Inc., Macomb Community College
- Handcuffing & Restraint Techniques Instructor, Defensive Tactics Institute
- Identification, Prevention, Management and Investigation of Sudden and In Custody Death Instructor [(3 awards)], Institute for the Prevention of In Custody Deaths
- Impact Weapons Instructor, PPCT Management Systems
- Interactive Training Instructor, Smith & Wesson Academy

---

[4] TASER International, Inc. was rebranded as AXON Enterprise, Inc., in 2017.

- International Certified Instructor – Charter Member (IICI), International Association of Directors of Law Enforcement Standards and Training
- Kubotan Techniques Instructor, Defensive Tactics Institute
- Law Enforcement Rifle Instructor, Smith & Wesson Academy
- Management of Aggressive Behavior (MOAB) for Public Safety Instructor, PPCI, Inc.
- Metal-Tec 1400 Instructor, Metal-Tec, Inc.
- Michigan Traffic Radar Instructor, Michigan State University
- Mossberg Field Armorer, O.F. Mossberg & Sons, Inc.
- Nationally Certified Instructor – Charter Member (INCI), International Association of Directors of Law Enforcement Standards and Training
- OCAT Aerosol Weapon Instructor-Trainer, National Criminal Justice Training Council
- Officer Survival Instructor, PPCT Management Systems
- Oleoresin Capsicum Law Enforcement and Corrections Instructor, MSI-Mace, Inc.
- Police Narcan Instructor, Gendarme Consulting Group
- Police Drivers' Training Instructor, Saint Publications
- Police Precision Driving Instructor, Macomb Community College
- Police Precision Driving Instructor (MLEOTC), Academy Certified
- Police Pursuit Driving Policy Instructor, National Highway Traffic Safety Administration
- Radiological Monitoring Instructor, Federal Emergency Management Agency
- Re-Creating Stress Instructor, Mission Critical Concepts, LLC
- Refuse to be a Victim® Instructor, National Rifle Association
- Remington Armorer, Remington Arms Co.
- Remington Shotgun Maintenance Armorer, Remington Arms Co. / Washtenaw Community College
- Revolver Armorer, Smith and Wesson Academy
- Sabre OC Aerosol Projector Instructor, Security Equipment Corporation
- Safariland Use of Force Instructor, Safariland Training Group
- Semi-Automatic Pistol Instructor, Smith and Wesson Academy
- Sexual Harassment, Assault, Rape Prevention (SHARP) Instructor, PPCT Management Systems
- Shotgun Instructor, Smith and Wesson Academy
- Sig-Sauer Armorer, SigArms, Inc.
- SkidCar™ System Instructor, SkidCar, Incorporated
- Springfield Armory XD Armorer, Team One Network / Northeast Wisconsin Technical College
- Stinger Instructor, Stinger Systems

- Stinger S-200 Intermediate Instructor, Stinger Systems
- Stop Stick Controlled Tire Deflation Device Instructor, StopTech, Ltd.
- Stop Stick Controlled Tire Deflation Device Instructor-Trainer, StopTech, Ltd.
- Tactical OC Instructor, Defensive Tactics Institute
- TASER Armorer, TASER International
- TASER Electronic Control Device Instructor, TASER International
- TASER Master Instructor, TASER International
- TASER Senior Master Instructor, TASER International
- TASER Technician, TASER International
- Use of Force By-the-Numbers® Instructor, Institute for the Prevention of In-Custody Deaths
- Use of Force Instructor, Michigan Municipal Risk Management Authority
- Use of Force Instructor, National Criminal Justice Training Council
- Wrap Restraint System Instructor, Safe Restraints, Inc.

## CERTIFICATE INSTRUCTOR PROGRAM COMPLETED/EARNED

- Law of Self Defense Instructor Program, Law of Self Defense Institute

## CAREER CERTIFICATIONS COMPLETED/EARNED

- Advanced Force Science Specialist, Force Science Institute
- Advanced Police Officer Training Certification [4 awards], Michigan Law Enforcement Officers Training Council
- Associate in Risk Management, Insurance Institute of America[5]
- Associate in Risk Management for Public Entities, Insurance Institute of America
- Certified Breathalyzer Operator, Michigan State Police
- Certified Force Science Analyst, Force Science Institute
- Certified Law Enforcement Instructor, Arkansas Commission on Law Enforcement Standards and Training
- Certified Litigation Specialist [2 awards], Americans for Effective Law Enforcement (AELE)
- Certified TASER Technician/Armorer, TASER International
- Emergency Medical Technician, State of Michigan
- Evidence Collection and Analysis, AXON Enterprise
- Excited Delirium/Agitated Chaotic Event Master Instructor, Institute for the Prevention of In-Custody Deaths

---

[5] The Insurance Institute of America (IIA) was rebranded as The Institutes.

- IADLEST International Certified Instructor – Charter Member (IICI), International Association of Directors of Law Enforcement Standards and Training
- IADLEST Nationally Certified Instructor – Charter Member (INCI), International Association of Directors of Law Enforcement Standards and Training
- Master Force & Control Instructor, Smith & Wesson Academy
- Master Use of Force Instructor, Police Policy Studies Council
- OSHA Compliance Assurance Certification
- Police Management Development Certification [3 awards], Michigan Law Enforcement Officers Training Council (now MCOLES)
- Police Officer Certification, Michigan Law Enforcement Officers Training Council (now MCOLES)
- Police Supervisor Development Certification, Michigan Law Enforcement Officers Training Council (now MCOLES)
- Qualified Accident & Illness Prevention Service Provider, Commonwealth of Pennsylvania, Bureau of Worker's Compensation
- TASER Senior Master Instructor, TASER International (now AXON)
- Texas Loss Control Representative, Texas Department of Insurance

## AWARDS AND RECOGNITION

- Citation for Bravery, Pinckney Police Department
- Life Saving Citation, Livingston County Sheriff Department
- Outstanding Academic Achievement – 1998, Eastern Michigan University
- Outstanding Academic Achievement – 1999, Eastern Michigan University
- Most Competent Instructor – Corrections Officers Academy, Washtenaw Community College

## PUBLICATIONS

Risk Management for Trainers: A Continuing Series on Applied Risk Reduction, The ILEETA Chronicle, Volume 4, Number 1, December, 2009

No Money is No Excuse: Cutting Training Budgets Due to Lack of Funding is No Excuse, Officer.com Online Magazine, February, 2009

Weapons, Weapons Everywhere: The World is Full of Weapons, So Choose Wisely, Officer.com Online Magazine, February, 2009

Watch Your Mouth! Someone Might Make You Eat Your Words, Officer.com Online Magazine, January, 2009

Your Pen is Trying to Kill You, Officer.com Online Magazine, January, 2009

Avoid PowerPointlessness: From Preparation through Delivery, The ILEETA Chronicle, Volume 3, Number 1, December, 2008

Officer Down! Thankfully We're Hearing that Less, Officer.com Online Magazine, December, 2008

Risk Management for Trainers: A Continuing Series on Applied Risk Reduction, The ILEETA Chronicle, Volume 3, Number 1, December, 2008

Resistance is Futile, Officer.com Online Magazine, December, 2008

Training: How Much is Enough? Officer.com Online Magazine, November, 2008

Write Your Report! Officer.com Online Magazine, November, 2008

Explain it to me Like I'm a Six-Year Old, Officer.com Online Magazine, October, 2008

Stay Alert for Falsehoods: A Little Knowledge is a Dangerous Thing, Officer.com Online Magazine, September, 2008

TASER C2 – Go Prepared in Style, New American Truth, September, 2008

We've Got a Real Problem in Police Work, Officer.com Online Magazine, August, 2008

Duty Gear is Good – Except When It's Not, Officer.com Online Magazine, August, 2008

When Bad Things Happen to Good Agencies: Risk Management = More than Just Training and Policies, Officer.com Online Magazine, July, 2008

Not Training is Dumb: You Have to Train, or You're Gonna' get Hurt! Officer.com Online Magazine, June, 2008

The Customers are Always Right, Even When They're Wrong, PoliceMag.com Training Channel, June, 2008

Technology is a Double-Edged Sword, Officer.com Online Magazine, June, 2008

Familiarity Breeds Complacency, Officer.com Online Magazine, May, 2008

The Technology Crutch, Officer.com Online Magazine, May, 2008

The Meaning of Training Certification, PoliceMag.com Training Channel, April, 2008

Don't Stick Your Head in the Sand: It's Called Risk Management for a Reason, Officer.com Online Magazine, April, 2008

Teach with Less Talk, More Action, PoliceMag.com Training Channel, April, 2008

Combined Skills Training, PoliceMag.com Training Channel, April, 2008

What a Great Idea! Officer.com Online Magazine, April, 2008

Work Safer, Get Sued Less! PoliceMag.com Training Channel, March, 2008

Get Off the Couch – Join ILEETA! Officer.com Online Magazine, March, 2008

Where Trainers Go to be Trained, PoliceMag.com Training Channel, March, 2008

Training Videos are Great – When They Work, Officer.com Online Magazine, March, 2008

What is a Trainer? PoliceMag.com Training Channel, February, 2008

Train More? Train Less? Officer.com Online Magazine, February, 2008

Danny, We Hardly Knew Ye, The ILEETA Review, February, 2008

Solving Problems with PowerPoint and Video, PoliceMag.com Training Channel, February, 2008

What's Wrong with Using Electronic Control Devices? Officer.com Online Magazine, February, 2008

Projector Blues, PoliceMag.com Training Channel, February, 2008

Policies are NOT Rules, Officer.com Online Magazine, January, 2008

Why We Don't Need Firearms Instructors, PoliceMag.com Training Channel, January, 2008

Aerosol Spray Weapon Refresher, Officer.com Online Magazine, January, 2008

SWAT & EOD Tactical Vehicle, Tactical Weapons, January, 2008

Choose Wisely, Officer.com Online Magazine, December, 2007

Online Education CAN be a Good Thing, If You do it Right, The ILEETA Chronicle, Volume 2, Number 1, December, 2007

Michigan State Showdown, POLICE Magazine, December, 2007

Risk Management for Trainers: A Series on Applied Risk Reduction, The ILEETA Chronicle, Volume 2, Number 1, December, 2007

Justice for Daniel Faulkner: Danny, We Hardly Knew Ye, PoliceMag.com Training Channel, December, 2007

Working with Problem Shooters, PoliceMag.com Training Channel, November, 2007

Train in the Rain, PoliceMag.com Training Channel, November, 2007

21 Ways to Stretch Your Training Dollars, POLICE Magazine, November, 2007

Be a Smart Learner, PoliceMag.com Training Channel, November, 2007

Why TASERs Don't Work, Officer.com Online Magazine, October, 2007

Can We Talk? Interoperability, POLICE Magazine, October, 2007

Slip and Slide No More, Officer.com Online Magazine, October, 2007

Unintended Consequences, PoliceMag.com Training Channel, October, 2007

Retention Holster Showdown, POLICE Magazine, September, 2007

The Best Defense is a Good Defense, Officer.com Online Magazine, September, 2007

Put It In Writing, PoliceMag.com Training Channel, September, 2007

Body Armor Fiber and Fabric, Officer.com Online Magazine, September, 2007

Training with TASERs, Law Officer, Volume 3, Number 8, August, 2007

Tips for Trainers: Class Preparation, PoliceMag.com Training Channel, August, 2007

The ABCs of Precision Driving: Practicing the Basics Can Keep You Safer, Officer.com Online Magazine, July, 2007

Classroom Management, PoliceMag.com Training Channel, July, 2007

Bat Belt Overload: Gearing Up Can Weigh You Down, Officer.com Online Magazine, July, 2007

Conducting Safe, Effective TASER Training, PoliceMag.com Training Channel, July, 2007

Pursuit Policy Pitfalls, Officer.com Online Magazine, June, 2007

Safe Training in a Troubled World, PoliceMag.com Training Channel, June, 2007

Excessive Use of Force – The Evil Flashlight, Officer.com Online Magazine, June, 2007

Watch Your Words, PoliceMag.com Training Channel, June, 2007

Keep Your Officers' Firearms Scores, PoliceMag.com Online Magazine, May, 2007

Traffic Hazards: Situational Awareness, In and Out of the Car, Officer.com Online
      Magazine, May, 2007

Things Break, Weapons Fail, Stay Safe! Officer.com Online Magazine, May, 2007

2007 Model Year Police Vehicle Testing, POLICE Magazine, May, 2007

Driving Skills are Perishable Skills, Officer.com Online Magazine, April, 2007

Pursuits are Dangerous…So What? Officer.com Online Magazine, March, 2007

Verbal Survival: Terminology Traps, Officer.com Online Magazine, March, 2007

Managing and Using Critical Information in the Law Enforcement Environment,
      Answering the Call, Volume 1, Issue 1, March, 2007

Stay Cool in the Heat of the Chase, Officer.com Online Magazine, February, 2007

What Gets You Sued, Gets You Hurt, Law Officer, Volume 3, Number 2, February, 2007

Sacred Cows Will Get You Hurt, Officer.com Online Magazine, February, 2007

Managing a Pursuit and Surviving the Aftermath, Officer.com Online Magazine,
      January, 2007

Pick Your Ride: Vehicle Testing, Law Enforcement Technology, Volume 34, Number 1,
      January, 2007

You Can't Always Get What You Want, Officer.com Online Magazine, January, 2007

Your Most Deadly Weapon: Your Vehicle, Officer.com Online Magazine,
      December, 2006

Technology is Your Friend, Officer.com Online Magazine, December, 2006

Websites by Design: Every Trainer Needs a Website, The ILEETA Chronicle, Volume 1,
      Number 1, December, 2006

A Real Life Saver: Proper Use is the Key, Officer.com Online Magazine,
      November, 2006

Which Vehicles are Fastest? Officer.com Online Magazine, November, 2006

On-Line Education: The Good, the Bad, and the Pointless, Law Officer, Volume 2,
      Number 8, October, 2006

Sound Tactics = Safe Outcomes: Safe Pursuit 101, Officer.com Online Magazine,
      October, 2006

Safe Driver Training: Keeping it Between the Cones, Officer.com Online Magazine,
      September, 2006

E-Mail 101: Avoiding SPAM, Officer.com Online Magazine, September, 2006

Admissibility of Digital Images, Officer.com Online Magazine, August, 2006

EVO Training: Critical to Officer Safety, Officer.com Online Magazine, August, 2006

Procurement: Resource Acquisition, Law Officer, Volume 2, Number 5, July, 2006

Power Management: Use It or Lose It, Officer.com Online Magazine, July, 2006

Keep Pursuits in Context, Officer.com Online Magazine, July, 2006

Simulator Shoot-Out, Law and Order Magazine, Volume 54, Number 6, June, 2006

The Truth About TASERS: Don't Believe Everything You Read, Officer.com Online
      Magazine, June, 2006

Simulation Training Options: Live Fire or Lasers? Officer.com Online Magazine, May, 2006

A New Computer System: Spending Your Tax Refund, Officer.com Online Magazine, April, 2006

Firearms Simulator Shoot-Out, Tactical Response Magazine, Volume 4, Number 8, March/April, 2006

Reducing Pursuit Liability, The Law Enforcement Trainer, Volume 21, Number 1, January, 2006

Digital Patrol, Part Two: Admissibility of Digital Evidence, Law Officer, Volume 2, Number 1, January/February, 2006

When the Vehicle Becomes a Lethal Weapon, The Law Enforcement Trainer, Volume 20, Number 3, July/August/September, 2005

Digital Patrol, Part One: Digital Cameras for Law Enforcement, Law Officer, Volume 1, Number 2, September/October, 2005

Vehicular Assault: Fight or Flight? Police and Security News, Volume 21, Number 5, September/October, 2005

The Effect of Police Officer Confidence on Officer Injuries and Excessive Force Complaints, Legal Defense Manual, Volume 2002, Number 4, December, 2002

Managing Police Pursuit Driving Practices, Police and Security News, Volume 18, Number 4, September, 2002

Law Enforcement Jurisdictional Issues, Legal Defense Manual, Volume 2002, Number 2, June, 2002

Changing Aerosol Weapon and Use of Force Practices, Police and Security News, Volume 18, Number 3, May/June, 2002

On Computers: It's Not Really Magic, Police and Security News, (1996 thru 2006) Bi-monthly column on computers and their application to government service.

Automating Your Agency: Make It Easy on Yourself, Police and Security News, Volume 17, Number 5, September/October, 2001

Risk Management Fundamentals, Legal Defense Manual, Volume 2001, Number 1, March, 2001

Searching the Internet, Tow Times, Volume 15, Number 12, July, 1998

Finally…Use of Force Guidelines We Can All Train To, MML Law Enforcement Risk Control News, Volume 4, Number 2, June 1998

Computers: Learn from My Experience, Tow Times, Volume 15, Number 11, June, 1998

Motor Vehicle Pursuit: Managing Your Department's Risk, MML Law Enforcement Risk Control News, Volume 3, Number 4, December, 1997

Issues with Aerosols, MML Law Enforcement Risk Control News, Volume 1, Number 3, September, 1995

Crossing the Border, Public Risk Magazine; Volume 10, Number 5; May/June, 1996

Managing Aerosol Issues, Law & Order Magazine, Volume 44, Number 3, March, 1996

Managing the Use of Force: The Key to Risk Reduction, Redman Report, June, 1995

Police Pursuit Risks: Setting the Standard, Public Risk Magazine; Volume 9, Number 3; March, 1995

Pursuit Management: Implementing a Control Continuum, Law and Order Magazine; Volume 42, Number 12; December, 1994

Real Management of the Use of Force, Smith and Wesson Academy Training News; Issue Number 23; April, 1993

## GUEST LECTURER

*After Using Force, Now What? Surviving the Onslaught*, International Law Enforcement Educators and Trainers Association (ILEETA), March, 2019

*Protecting the Protectors Instructor Course*, International Law Enforcement Educators and Trainers Association (ILEETA), March, 2018

*Protecting the Protectors: The Role of the Trainer*, International Law Enforcement Educators and Trainers Association (ILEETA), March, 2017

*Survive & Succeed: Saving Your Officers and Your Department*, International Law Enforcement Educators and Trainers Association (ILEETA), April, 2015

*Stay Safe: It's Time to Sweat the Small Stuff*, International Law Enforcement Educators and Trainers Association (ILEETA), March, 2014

*Post-Traumatic Stress Disorder in Criminal Justice*, CMI 2013 Client Education Day, November, 2013

*Protect Your People: Because Nobody Else Will*, International Law Enforcement Educators and Trainers Association (ILEETA), April, 2013

*TASERs and the Law*, National Rifle Association – Michigan Consumer Weekend, February, 2013

*Keep Your People Safe: On the Street, In the Jail, and In Court*, International Law Enforcement Educators and Trainers Association (ILEETA), April, 2012

*Managing the Risks of Interjurisdictional Police Pursuits*, Richmond Regional Multijurisdictional Pursuit Project, Policy Training Symposium, September, 2011

*Using Force: Words and Plans and Goals, Oh My!* The 2011 Use of Force Summit, The Performance Institute, July, 2011

*Force Continuums, Training Priorities, and Smart Use of Force*, The 2011 Use of Force Summit, The Performance Institute, July, 2011

*TASER, TASER, TASER!* The 2011 Use of Force Summit, The Performance Institute, July, 2011

*Avoiding and Managing Arrest-Related Deaths*, The 2011 Use of Force Summit, The Performance Institute, July, 2011

*TASER Download & Data Collection Practices*, 2011 TASER Master Instructor School, TASER International, June, 2011

*Police Use of Force: TASERs and Other Options*, Bancorp South Municipal Insurance Risk Control Program, Gulfport, Mississippi, May, 2011

*Smart Use of Force: In the Jail and On the Street*, International Law Enforcement Educators and Trainers Association (ILEETA), April, 2011

*Defining Use of Force for Law Enforcement Professionals*, The 2010 Conference on The Use of Force in Law Enforcement, The Performance Institute, June, 2010

*Current Shifts in the use of Use of Force Continuums*, The 2010 Conference on The Use of Force in Law Enforcement, The Performance Institute, June, 2010

*Arrest-Related Death and the Use of Force*, The 2010 Conference on The Use of Force in Law Enforcement, The Performance Institute, June, 2010

*Considerations for TASERs and Other Non-Lethal Devices*, The 2010 Conference on The Use of Force in Law Enforcement, The Performance Institute, June, 2010

*Addressing Allegations of Police Misconduct*, The 2010 Conference on The Use of Force in Law Enforcement, The Performance Institute, June, 2010

*Smart Use of Force*, International Law Enforcement Educators and Trainers Association (ILEETA), April, 2010

*Defining Use of Force for Law Enforcement Professionals*, The 2010 Conference on The Use of Force in Law Enforcement, The Performance Institute, January, 2010

*The Ramifications of In-Custody Death After the Use of Force*, The 2010 Conference on The Use of Force in Law Enforcement, The Performance Institute, January, 2010

*The Great Debate: TASERs and Other Non-Lethal Devices – Are They Helping or Hurting?* The 2010 Conference on The Use of Force in Law Enforcement, The Performance Institute, January, 2010

*Examining the Current Usage of, and Shifts in, the Use of Force Model*, The 2010 Conference on The Use of Force in Law Enforcement, The Performance Institute, January, 2010

*Evidence.com, AXON, and TASER Download & Data Collection Practices*, 2009 TASER Master Instructor School, TASER International, July, 2009

*Live Long and Prosper: The Trainer as Risk Manager*, International Law Enforcement Educators and Trainers Association (ILEETA), April, 2009

*Liability in the Use of Force*, The 2008 National Summit on Use of Force in Law Enforcement, The Performance Institute, August, 2008

*TASER's and Other "Less Lethal" Options*, The 2008 National Summit on Use of Force in Law Enforcement, The Performance Institute, August, 2008

*Defining Use of Force*, The 2008 National Summit on Use of Force in Law Enforcement, The Performance Institute, August, 2008

*TASER Download & Data Collection Practices*, 2008 TASER Master Instructor School, TASER International, June, 2008

*Work Safer – Get Sued Less: Managing High Risk Activity*, International Law Enforcement Educators and Trainers Association (ILEETA), April, 2008

*Managing the Risks of Non-Deadly Force*, Detroit Police Department, Command & Legal Lecture Series, City of Detroit Law Department, March, 2008

*Assessing and Managing the Risk of Less Lethal Options*, The 2007 National Summit on Use of Force in Law Enforcement, The Performance Institute, November, 2007

*TASER Usage – Risks & Rewards*, The 2007 National Summit on Use of Force in Law Enforcement, The Performance Institute, November, 2007

_Defining Force for Ourselves_, The 2007 National Summit on Use of Force in Law Enforcement, The Performance Institute, November, 2007

_Work Safer – Get Sued Less!_ 2007 Michigan NAFTO Conference, National Association of Field Training Officers, October, 2007

_Risk Management: Avoiding "Self-Inflicted Wounds"_, 2007 TASER International Conference, TASER International, July, 2007

_PowerPoint for the Law Enforcement Trainer_, 2007 TASER Master Instructor School, TASER International, July, 2007

_TASER Usage – Risks & Rewards_, The 2007 National Summit on Use of Force in Law Enforcement, The Performance Institute, May, 2007

_Defining Force for Ourselves_, The 2007 National Summit on Use of Force in Law Enforcement, The Performance Institute, May, 2007

_Enhancing Safety & Reducing Liability: The Trainer is the Key_, International Law Enforcement Educators and Trainers Association (ILEETA), April, 2007

_Motor Vehicle Pursuits: High Risk Issues for Trainers_, International Law Enforcement Educators and Trainers Association (ILEETA), April, 2006

_Enhancing Safety & Reducing Liability: The Role of the Trainer_, American Society of Law Enforcement Trainers, 19th Annual International Training Conference, January, 2006

_How to Set Up Your Own Website_, International Law Enforcement Educators and Trainers Association (ILEETA), April, 2005

_Get on the Web!! Set Up Your Own Trainer's Website_, International Law Enforcement Educators and Trainers Association (ILEETA), April, 2004

_Managing Police Pursuit Risk_, Richmond Regional Multijurisdictional Pursuit Project, Training Symposium, December, 2003

_Managing the Risks of Pursuit: Reducing Liability and the Potential for Officer Injuries_, Association of Professional Law Enforcement Emergency Vehicle Response Trainers (ALERT, International), Annual Training Conference, September, 2003

_Dealing with High Risk Activity: Keeping Officers Safer While Reducing Liability_, National Criminal Justice Training Council Annual Conference, April, 2003

_Risk Management and Civil Liability_, Kellogg Community College, October, 2002

_Protecting Officers in High Risk Situations: Enhancing Safety and Reducing Liability_, Wyoming Chiefs and Sheriffs Association, April, 2001

_Protecting Officers in High Risk Situations: The Role of the Trainer in Enhancing Safety and Reducing Liability_, American Society of Law Enforcement Trainers, 14th Annual International Training Conference, January, 2001

_Managing High Risk Emergency Services Activity_, Iowa League of Cities/ICAP, Annual Training Conference, June, 2000

_Managing High Risk Law Enforcement Activity: Use of Force, Pursuit, and Officer Safety_, American Society of Law Enforcement Trainers, 13th Annual International Training Conference, January, 2000

_Managing the Risks of Volunteers_, Public Risk Management Association (PRIMA), Annual Training Conference, June, 1999

*Force & Control: Risk Management Issues for Instructors*, American Society of Law Enforcement Trainers, 12th Annual International Training Conference, January, 1999

*Civil Liability for Emergency Telecommunicators*, Association of Public Safety Communication Officers - Michigan Chapter, Fall Training Conference, September, 1998

*Supplemental Police Manpower: Necessary Evil or True Benefit?* Public Risk Management Association (PRIMA), Annual Training Conference, June, 1998

*Law Enforcement Training: A Systematic Approach*, Public Risk Management Association (PRIMA), Annual Training Conference, June, 1998

*Managing Risk in the Municipal Arena*, 1998 Michigan Municipal Clerks Institute, East Lansing, Michigan, April, 1998

*Getting a Grip: The Management of High Risk Police Activities*, Michigan Association of Chiefs of Police, Winter Training Conference, February, 1998

*Managing Force: Enhancing Safety & Reducing Risk*, American Society of Law Enforcement Trainers, 11th Annual International Training Conference, January, 1998

*Law Enforcement Use of Force in the 21st Century*, Illinois Risk Management Association, November, 1997

*Use of Force: Managing Risk & Safety*, PPCT Management Systems International Training Conference, August, 1997

*Use of Force Management: Special Issues for Managers*, Oklahoma Department of Corrections, July, 1997

*Control Challenges in the School Environment*, Central Michigan University, Law Enforcement & School Liaison Program Institute, June, 1997

*Managing High Risk Law Enforcement Activity*, Michigan Association of Chiefs of Police, Summer Training Conference, June, 1997

*Law Enforcement Post Incident Damage Control*, Public Risk Management Association (PRIMA), Annual Training Conference, May, 1997

*Pursuit Management: Implementing a Control Continuum*, American Society of Law Enforcement Trainers, 10th Annual International Training Conference, January, 1997

*Instructor Challenges in Use of Force Management*, American Society of Law Enforcement Trainers, 10th Annual International Training Conference, January, 1997

*The Risks of Crossing the Border: Managing Interjurisdictional Exposures*, Public Risk Management Association (PRIMA), Annual Training Conference, June, 1996

*Aerosol Weapons: Reducing Your Risks*, Michigan Association of Chiefs of Police, Mid-Winter Training Conference, February, 1996

*Pursuit Management: Implementing a Control Continuum*, American Society of Law Enforcement Trainers, 9th Annual International Training Conference, January, 1996

*Critical Incident Policy Management*, Minnesota Sheriff's Association Training Conference, December, 1995

*Use of Force Management for Supervisors*, Upper Peninsula Law Enforcement Development Center, November, 1995

*Vehicle Operations Management*, International Association of Chiefs of Police Training Conference, October, 1995

*Total Control Management*, PPCT Management Systems International Training Conference, August, 1995

*Police Administration and Risk Control*, Ohio Municipal League Joint Self Insurance Pool, Annual Training Conference, June, 1995

*Effective Risk Manager/Law Enforcement Executive Relationships*, Public Risk Management Association (PRIMA), Annual Training Conference, June, 1995

*Pursuit Management: Implementing a Control Continuum*, Michigan Association of Chiefs of Police, Mid-Winter Training Conference, February, 1995

*Managing the Use of Force*, American Society of Law Enforcement Trainers, 8th Annual International Training Conference, January, 1995

*Fundamentals of Risk Management*, Wyoming Chiefs and Sheriffs Annual Conference, Wyoming Law Enforcement Academy, April, 1994

*Implementing Defensible Control Continuums*, Law Enforcement Officers Regional Training Consortium, Flint, Michigan, March, 1994

*Deadly Force: The Importance of Management*, Northern Michigan Law Enforcement Training Consortium, March, 1994

*Interjurisdictional Liability*, Michigan Association of Chiefs of Police, Mid-Winter Training Conference, February, 1994

*Risk Control: Managing the Use of Force*, American Society of Law Enforcement Trainers, 7th Annual International Training Conference, January, 1994

*Managing Force in a Correctional Setting*, Minnesota Counties Insurance Trust, November, 1993

*Cross-Jurisdictional Liability Issues*, Northern Michigan Association of Chiefs of Police, Annual Meeting, October, 1993

*Managing the Use of Force*, PPCT Management Systems International Training Conference, August, 1993

*Managing Effective Police Training: Doing More with What You Have*, Law Enforcement Officers Regional Training Consortium, May, 1993

*Managing Effective Police Training*, Michigan Association of Chiefs of Police, Mid-Winter Training Conference, February, 1993

*Contemporary Use of Force Issues*, Michigan Association of Chiefs of Police, Mid-Winter Training Conference, February, 1992

*Reducing Motor Vehicle Related Losses*, Michigan Association of Chiefs of Police, Mid-Winter Training Conference, February, 1991

## TRAINING VIDEOS & MULTIMEDIA PRODUCTIONS

*Police Pursuit Driving*, 30-minute video. Performance Dimensions, Inc.,
    Twin Lakes, Wisconsin, 1998.

*Precision Driving Decision System*, 3-part training video. Governmental Risk
    Managers, 1991.

## BOOK CHAPTER

*Plan to Train or Plan to Fail,* W.I.N. 2: Insights into Training and Leading Warriors,
    Edited by Brian R. Willis, Warrior Spirit Books, Calgary, Alberta CA, 2009.