**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DARRIN VANPELT,

        Plaintiff,

v.                                                        Case No. 21-10352

CITY OF DETROIT and
AARON LAYNE,

        Defendants.
_____/

## JUDGMENT

In accordance with the court's Order dated July 28, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants City of Detroit, and Aaron Layne, and against Darrin Vanpelt. Dated at Port Huron, Michigan this 28th day of July, 2022.

                                      KINIKIA ESSIX
                                      CLERK OF THE COURT

                                      BY:  s/Lisa Wagner

Dated:  July 28, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 28, 2022, by electronic and/or ordinary mail.

                                      s/Lisa Wagner_____/
                                      Case Manager and Deputy Clerk
                                      (810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\21-10352.VANPELT.judgment.AAB.docx