# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**DARRIN VANPELT,**

    Plaintiff,

-vs-                                              CASE NO. 2:21-cv-10352
                                                    HON. ROBERT H. CLELAND

**AARON LAYNE, and**
**CITY OF DETROIT**

    Defendants.

| | |
|---|---|
| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650 / (248) 698-3321-fax<br>amy.derouin@cjtrainor.com | CITY OF DETROIT LAW DEPT.<br>GREGORY B. PADDISON (P75963)<br>Attorney for Defendants<br>2 Woodward Avenue, Ste. 500<br>Detroit, MI 48226<br>313-237-0435 / 313-224-5505-fax<br>paddisong@detroitmi.gov |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, **DARRIN VANPELT,** hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Granting Defendants' Motion for Summary Judgment and Terminating Plaintiff's Motion to Strike Defendants' Witness List as Moot **(ECF No. 52)** and Judgment in favor of Defendants **(ECF No. 53)** entered in this action on July 28, 2022**.**

        Respectfully Submitted,
        CHRISTOPHER TRAINOR & ASSOCIATES

        **s/ Amy J. DeRouin**
        CHRISTOPHER J. TRAINOR (P42449)
        AMY J. DEROUIN (P70514)
        Attorneys for Plaintiff
        9750 Highland Road
        White Lake, MI 48386
        248-886-8650 / 248-698-3321-fax
        Amy.derouin@cjtrainor.com

Dated: August 2, 2022
AJD/sls

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: all *attorneys of record*. and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: *None.*

s/ **Amy J. DeRouin (P70514)**
9750 Highland Road
White Lake, MI 48386
Phone: (248) 886-8650
amy.derouin@cjtrainor.com